1  Bradley J. Swingle, SBN 171535
   Raquel A. Hatfield, SBN 290012
2  Our File No. 10224
   **ARATA, SWINGLE & VAN EGMOND**
3  A Professional Law Corporation
   912 11th Street, First Floor
4  Post Office Box 3287
   Modesto, California  95354
5  Telephone: (209) 522-2211
   Facsimile: (209) 522-2980
6  bswingle@arata-law.com
   rhatfield@arata-law.com
7
   Attorneys for Defendant
8  CITY OF CERES

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                       EASTERN DISTRICT OF CALIFORNIA
12

13

14  ROSIO MOLAND, ET AL.,                    Case No. 1:16-CV-01073-LJO-SKO

15               Plaintiffs,                 **JOINT STIPULATION AND ORDER TO
                                             EXTEND DEADLINE TO FILE JOINT
16  vs.                                      STATUS REPORT**

17  CITY OF CERES, ET AL.,

18               Defendants.
    _____/
19

20       Plaintiff, ROSIO MOLAND, ET AL., and Defendants CITY OF CERES and THOMAS
21
    MILLER, hereby submit this joint stipulation to extend the deadline to file the Joint Status Report
22
    pursuant to Fed. R. Civ. P. 26(f).
23
         WHEREAS, Defendant City of Ceres filed a 12(b)(6) Motion to Dismiss the Complaint on
24
    September 8, 2016.  Plaintiffs filed a First Amended Complaint on November 7, 2016.  Plaintiff
25
    served the defendants with a copy of the First Amended Complaint on November 7, 2016.
26
         Defendants' responsive pleading is due November 27, 2016, five days after the Joint Status
27
    Report is due.  Defendant City of Ceres is in the process of filing a second 12(b)(6) motion.
28
   _____
   JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT - 1

1     Plaintiff and Defendants' counsel hereby agree to an extension until after the second 12(b)(6)
2 motion is heard. The hearing will be set on or about December 30, 2016.

3     The Joint Status Report is presently due on November 22, 2016 and the Scheduling Conference
4 is set for November 29, 2016 pursuant to the Court's Minute Order of October 14, 2016.

5     Plaintiff and Defendants' Counsel are requesting that the Joint Status Report date be continued
6 to two (2) weeks after the 12(b)(6) hearing and the Scheduling Conference be set shortly thereafter.

7     IT IS HEREBY STIPULATED AND AGREED that the Joint Status Report filing deadline and
8 Scheduling Conference date be modified as follows:

9     The deadline to file the Joint Status Report will be two (2) weeks and/or fourteen (14) days
10 from December 30, 2016 and the Scheduling Conference be set shortly thereafter.

11     Respectfully submitted,

12 Dated: November 16, 2016.    DYER LAW FIRM

14     By   /s/ Michael J. Dyer
    MICHAEL J. DYER
15     DUSTIN J. DYER
    Attorneys for Plaintiffs
16     ROSIO MOLAND, ET AL.

17 Dated: November 21, 2016.    GOYETTE & ASSOCIATES, INC.
18     A Professional Law Corporation

20     By   /s/ Gary Goyette
    GARY GOYETTE
    Attorneys for Defendant
21     THOMAS MILLER

22 Dated: November 21, 2016.    ARATA, SWINGLE & VAN EGMOND
    A Professional Law Corporation
23

24     By   /s/ Bradley J. Swingle
    BRADLEY J. SWINGLE
25     Attorneys for Defendant
    CITY OF CERES, ET AL.
26 //

27 //

28

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT - 2

**ORDER**

Based on the above-stipulation (Doc. 15), the Court GRANTS the parties' request to extend the deadline to file their Joint Scheduling Report and to continue the Scheduling Conference currently set for November 29, 2016.  To allow adequate time for the Court to rule on Defendant City of Ceres' forthcoming dispositive motion, the Court CONTINUES the Scheduling Conference to February 23, 2017, at 10:15 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.  The parties shall file their Joint Scheduling Report by no later than February 16, 2017.

IT IS SO ORDERED.

Dated:   **November 22, 2016**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE