Michael J. Dyer- SBN: 109297
Dustin J. Dyer SBN 274308
DYER LAW FIRM
5250 Claremont Ave. Suite 119
Stockton, California  95207
Telephone:  (209) 472-3668
Fax (209) 472-3675

Attorneys for Plaintiffs
ROSIO MOLAND, et. al.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIO MOLAND, individually; and as guardian ad litem for Shon Moland and Mya Moland; and as administratrix of the Jason Moland Estate;  SHON MOLAND; and MYA MOLAND;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CERES dba CERES POLICE DEPARTMENT; THOMAS MILLER; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:16 –CV-01073-LJO-SKO<br><br>STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON |

ROSIO MOLAND, individually; and as guardian ad litem for Shon Moland and Mya Moland; and as administratrix of the Jason Moland Estate; SHON MOLAND; and MYA MOLAND (hereinafter "Plaintiffs"), CITY OF CERES dba CERES POLICE DEPARTMENT and THOMAS MILLER stipulate as follows:

   **1.**   On May 6, 2016, Plaintiffs commenced an action in the Superior Court of the State of California in and for the County of Stanislaus entitled ROSIO MOLAND, individually; and as guardian ad litem for Shon Moland and Mya Moland; and as administratrix of the Jason Moland Estate;  Shon and Mya Moland, Plaintiffs, vs City of Ceres dba Ceres Police

1 Department; Thomas Miller; and Does 1 through 100, inclusive, Defendants as Case No.
2 2020043.

3     **2.**  On July 25, 2016, Defendant City of Ceres filed a notice of removal to Federal
4 Court pursuant to 28 USC §§ 1446(a), (b), 1367(a) and 1391(b).

5     **3.**  Defendants each filed motions to dismiss in federal court. After completion of
6 these motions, Plaintiff, pursuant to Court order, filed a Second Amended Complaint. The
7 Second Amended Complaint did not contain federal causes of action, which were present in prior
8 versions of Plaintiff's complaint.

9     **4.**  After some discussion, the parties have agreed that the Action should be
10 remanded to Stanislaus County Superior Court. To that end, the Parties hereby stipulate that the
11 Action be remanded to Stanislaus County Superior Court.

12     **5.**  The Parties further stipulate that each party shall bear its own attorneys' fees and
13 costs with respect to the removal and subsequent remand of the Action pursuant to this
14 stipulation and order.

Dated: February ___, 2017          Arata, Swingle, Van Egmond & Goodwin

_____
Bradley Swingle, Attorney for Defendant City of Ceres

Dated: February ___, 2017          Goyette & Associates Inc.

_____
Gary Goyette, Attorney for Thomas Miller

Dated: February ___, 2017          Dyer Law Firm

_____
Dustin Dyer, Attorney for Plaintiffs

STIPULATION TO REMAND REMOVAL ACTION; ORDER THEREON

**ORDER**

In February of 2017, the Parties to the above-referenced actions filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, order as follows:

1. The Parties' stipulation is approved;

2. Eastern District of California Case Number 1:16 –CV-01073-LJO-SKO entitled ROSIO MOLAND, individually; and as guardian ad litem for Shon Moland and Mya Moland; and as administratrix of the Jason Moland Estate;  Shon and Mya Moland, Plaintiffs, vs City of Ceres dba Ceres Police Department; Thomas Miller; and Does 1 through 100, Defendants is hereby remanded to Stanislaus County Superior Court.

IT IS SO ORDERED.

Dated:   **February 7, 2017**              /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE